| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: STEVEN I. LOCKE<br>U.S. MAGISTRATE JUDGE | DATE: 4/25/25<br>TIME: 11:45 am |

CASE:  **CV 24-4158(JS) Aponte Jimenez v. Beauty & Fresh Nail Salon**

TYPE OF CONFERENCE:   MOTION          FTR: 11:36-11:39

APPEARANCES:
  For Plaintiff:  Vivian Morales

  For Defendant: Oleh N. Dekajlo

**THE FOLLOWING RULINGS WERE MADE:**

☐  Scheduling Order entered.

☐  The court has adopted and So Ordered the joint proposed scheduling order [   ] submitted by the parties.

☐  The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒  Other:   Oral argument held on Plaintiffs' motion to compel, DE [24].  The motion is granted as follows.  Defendants will serve all discovery responses no later than May 9, 2025.  All objections are waived.  Next status conference:  May 27, 2025 at 11:45 am.  If Defendants continue to fail to respond to discovery the Court will entertain applications for further appropriate sanctions including the preclusion of evidence

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

       5/27/25 at 11:45 am           : Status conference

                                                          SO ORDERED

                                                           /s/Steven I. Locke
                                                          STEVEN I. LOCKE
                                                          United States Magistrate Judge