| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: STEVEN I. LOCKE<br>         U.S. MAGISTRATE JUDGE | DATE: 10/6/25<br>TIME: 11:15 am |

CASE:  CV 24-4158(JS) Aponte Jimenez v. Beauty & Fresh Nail Salon
TYPE OF CONFERENCE: STATUS                              FTR: 11:32-11:40

APPEARANCES:
   For Plaintiff:   Camille Sanchez

   For Defendant: No appearance

**THE FOLLOWING RULINGS WERE MADE:**

☐   Scheduling Order entered.

☐   The court has adopted and So Ordered the joint proposed scheduling order [    ] submitted by the parties.

☒   Other:   Oral argument held on Plaintiffs' motion to compel and for sanctions, DE [31].  Defendants did not appear or oppose the motion.  Accordingly, the motion is granted as unopposed.  Defendants are ORDERED to produce complete answer to all outstanding discovery, with all objections waived, no later than October 20, 2025.  Defendants are ORDERED to appear for depositions as follows:  (1) Victor Paguary:  October 13, 2025 at 10:00am at counsel's office, 488 Madison Avenue, Suite 1704; (2) Maria Amores:  October 14, 2025 at 10:00am, same address; (3) Andrea Amores:  October 16, 2025 at 10:00am, same address; and (3) Beauty & Fresh Nail Salon, Inc:  October 17, 2025 at 10:00am, same address.  Plaintiff's application for reasonable attorneys' fees in making the motion to compel is granted.  Plaintiffs will submit a more detailed application in this regard.

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

        11/3/25 at 11:30 am          : Status conference

                                        SO ORDERED

                                         /s/Steven I. Locke
                                        STEVEN I. LOCKE
                                        United States Magistrate Judge