UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
ERIKA APONTE JIMENEZ, NIMER MEMBRENO　　:
DE ARIAS, ANGELICA DE LA ASUNCION　　　　:　　24 Civ. 4158 (JS) (SIL)
AGAMEZ, and JEAN CARLOS DELGADO LEON,　:
　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　Plaintiffs,　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　-against-　　　　　　　　　　　　　　　:　　**NOTICE OF MOTION**
　　　　　　　　　　　　　　　　　　　　　　　　:
BEAUTY AND FRESH NAIL SALON INC., d/b/a　:
BEAUTY AND FRESH NAIL SALON, ANDREA　　:
AMORES, MARIA AMORES, and VICTOR　　　　:
PAGUAY,　　　　　　　　　　　　　　　　　　 :
　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　Defendants.　　　　　　　　:
------------------------------------------------------------------------ X

　　　　**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support and attached exhibits, Plaintiffs Erika Aponte Jimenez, Nimer Membreno De Arias, Angelica De La Asuncion Agamez, and Jean Carlos Delgado move the Court for an Order granting Plaintiffs' Motion for Attorneys' Fees.

Dated: New York, New York
　　　　October 31, 2025　　　　　　　　　　　PECHMAN LAW GROUP PLLC

　　　　　　　　　　　　　　　　　　　　　　　　*Camille A. Sanchez*
　　　　　　　　　　　　　　　　　　　　　　　　Camille A. Sanchez
　　　　　　　　　　　　　　　　　　　　　　　　Vivianna Morales
　　　　　　　　　　　　　　　　　　　　　　　　Louis Pechman
　　　　　　　　　　　　　　　　　　　　　　　　488 Madison Avenue, 17th Floor
　　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10022
　　　　　　　　　　　　　　　　　　　　　　　　sanchez@pechmanlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　morales@pechmanlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　pechman@pechmanlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*