UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

ERIKA APONTE JIMENEZ, NIMER MEMBRENO DE ARIAS, ANGELICA DE LA ASUNCION AGAMEZ, and JEAN CARLOS DELGADO LEON,

Plaintiffs,

-against-

BEAUTY AND FRESH NAIL SALON INC., d/b/a BEAUTY AND FRESH NAIL SALON, ANDREA AMORES, MARIA AMORES, and VICTOR PAGUAY,

Defendants.

------------------------------------------------------------------------X

24 Civ. 4158 (JS) (SIL)

**AFFIRMATION IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES**

I, Vivianna Morales, pursuant to 28 U.S.C. § 1746, state and declare as follows:

1. I am a partner at Pechman Law Group PLLC ("PLG"). PLG represents both employers and employees in all aspects of labor and employment law. Together with my Camille A. Sanchez, an associate at PLG, I have been responsible for the prosecution of the claims in this matter and am personally familiar with the facts and circumstances discussed herein

2. Attached as Exhibit 1 to this Declaration is a true and correct copy of PLG's relevant time entries.

3. This Declaration is submitted in support of Plaintiffs' Motion for Attorneys' Fees expended in successfully moving to compel discovery from Defendants.

**Relevant Background**

4. On April 25, 2025, the Court granted Plaintiffs' Motion to Compel Discovery (ECF No. 26) and ordered Defendants to produce their responses no later than May 9.

5. On May 19, 2025, Defendants produced partial payment records.

6. After the court granted Plaintiffs' motion for leave to file a motion for

sanctions, Defendants served unverified interrogatory responses, but did not provide written responses to Plaintiffs' Document Requests.

7. At the status conference on October 6, 2025, counsel for Defendants did not appear, and the Court granted Plaintiffs' motion for attorneys' fees.

8. Plaintiffs' efforts to secure complete discovery responses and productions from Defendants is ongoing.

**PLG's Time Spent was Reasonable**

9. PLG is a law firm that represents both employees and management in a wide variety of employment law issues, including wage-and-hour claims.

10. Prior to submitting this declaration, I reviewed PLG's contemporaneous billing records and removed any and all charges for time spent that could be considered duplicative of another billed task and reduced any time charged that could be considered excessive for the particular task.

11. Ms. Sanchez is the attorney primarily responsible for litigating this matter.

12. As detailed in Plaintiffs' Motion to Compel Discovery (ECF No. 31), a considerable portion of the time that Ms. Sanchez spent engaging, or trying to engage with, noncompliant and reticent Defendants whose maneuvers were intended only to prolong and waste the Plaintiffs' and the Court's time and resources.

13. Depending on the matter, PLG charges clients either by the hour or on a contingency basis. Regardless of the matter, it is PLG's practice in all cases to have attorneys keep contemporaneous records of their time. Records of expenses are also recorded as they are incurred and paid. Attorney time and expense records are entered into an electronic timekeeping program, Clio, which tabulates the time spent by all of the attorneys as well as the expenses incurred on a given matter.

14. The time spent by PLG in connection with this motion, as reflected in the attached billing records, has been necessarily expended and reasonable and therefore may be used to calculate the lodestar.

**The Hourly Rates Charged by PLG Are Reasonable**

15. When applying for an award of attorneys' fees under the FLSA, the Court applies a reasonable hourly rate that is "'in line with those [rates] prevailing in the community for similar services by lawyers of reasonably comparable skill, experience, and reputation,'" with the "community" defined as the district in which the court sits. *Flores v. Chirping Chicken NYC City*, No. 14 Civ. 1594, 2017 U.S. Dist. LEXIS 33381, at *26 (S.D.N.Y. Mar. 6, 2017) (quoting *Blum v. Stenson*, 465 U.S. 886, 897 (1984)); *see also Perdue v. Kenny A.*, 559 U.S. 542, 551 (2010) (citation omitted) ("[T]he lodestar looks to 'the prevailing market rates in the relevant community.'").

16. I received my J.D. from St. John's University, School of Law in 2013. I am admitted to practice in the United States District Court, District of New Jersey, and Eastern and Southern Districts of New York, and I am a member in good standing of the New York and New Jersey State Bar. I was promoted to Partner in October 2022, has worked as an associate at PLG since 2015 and with our predecessor firm, Berke-Weiss and Pechman, since 2013. I have only practiced Labor and Employment law since 2013. I have been actively involved in the litigation of over one hundred and twenty-five wage-and-hour cases, ranging from individual plaintiff to class actions, on behalf of both employees and employers. I have conducted bench and jury trials; and settled single, multi-plaintiff, and class actions.

17. Every year since 2019, I have presented on labor and employment issues at the New York City Bar CLE-accredited program on Restaurant Law. In January 2025, I moderated a wage-and-hour panel as part of the New York State Bar's annual Labor &

Employment Law Conference. In March 2025, I was a panelist on the Wage & Hour Update panel as part of National Employment Lawyers Associations (NELA) 2025 Spring Seminar.

18. I have been recognized by Best Lawyers as a "Ones to Watch" in Labor and Employment Law – Employee and Management since 2021, and as a Rising Star in the area of Employment Litigation by Super Lawyers from 2017 to 2025.

19. My hourly rate at PLG is $600 per hour for all clients. PLG's clients who have paid this rate in 2025 include Mexican restaurants in Astoria and Sunnyside, a Mediterranean restaurant in Port Washington, a residential cooperative building on the Upper West Side, and a Spanish restaurant in the West Village.

20. Camille A. Sanchez, an associate at PLG working on this matter, received her J.D. degree from St. John's University School of Law in June 2022, where she was the recipient of the Graduate Public Service Award and the 2020 St. John's Public Interest Fellowship. She is a member in good standing of the New York and New Jersey State Bars and is admitted to practice in the United States District Court for the Southern District of New York, United States District Court for the Eastern District of New York, and the United States District Court for the District of New Jersey. Since joining PLG in August 2022 as an associate attorney, Ms. Sanchez has been involved in the litigation of over thirty wage and hour cases. She has conducted client meetings, drafted discovery requests and responses, drafted and filed pleadings, taken depositions, and conducted settlement conferences. Ms. Sanchez is a native Spanish speaker, Plaintiffs' primary language. Ms. Sanchez's hourly rate is $400.

21. Below is a chart summarizing the hourly rates of PLG attorneys and total time expended dealing with Defendants' noncompliance with discovery:

4

| Name | Position | Hours | Requested Rate Per Hour | Fees |
|---|---|---|---|---|
| Vivianna Morales | Partner | 3.1 | $600 | $1,860 |
| Camille A. Sanchez | Associate | 11.5 | $400 | $4,600 |
|  |  |  | **Total:** | $6,460 |

**The Fees Requested Are Reasonable**

22. Plaintiffs are entitled to recover a total of $6,460 in attorneys' fees.

23. The amount requested in attorneys' fees is reasonable for the reasons stated in the accompanying memorandum of law and those set forth above.

24. I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated:  New York, New York
          October 31, 2025

                                        *s/Vivianna Morales*
                                        Vivianna Morales