# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 10/07/2025 | | Debrief with clients re Monday's hearing and next steps.<br>Unbilled | 01941-Aponte Jimenez Beauty and Fresh Nail Salon | Camille Sanchez | 0.20h | $400.00 | - | $80.00 |
| 10/07/2025 | | Debrief regarding hearing with Judge Locke with Sanchez.<br>Unbilled | 01941-Aponte Jimenez Beauty and Fresh Nail Salon | Vivianna Morales | 0.10h | $600.00 | - | $60.00 |
| 10/06/2025 | | Debrief regarding hearing with Judge Locke with Morales.<br>Unbilled | 01941-Aponte Jimenez Beauty and Fresh Nail Salon | Camille Sanchez | 0.10h | $400.00 | - | $40.00 |
| 10/06/2025 | | Send email with order information to Dekajlo and Silverberg.<br>Unbilled | 01941-Aponte Jimenez Beauty and Fresh Nail Salon | Camille Sanchez | 0.20h | $400.00 | - | $80.00 |
| 10/06/2025 | | Attend hearing in front of Judge Locke.<br>Unbilled | 01941-Aponte Jimenez Beauty and Fresh Nail Salon | Camille Sanchez | 0.50h | $400.00 | - | $200.00 |
| 09/10/2025 | | Conduct research on Locke motions for sanctions and/or default judgments.<br>Unbilled | 01941-Aponte Jimenez Beauty and Fresh Nail Salon | Camille Sanchez | 1.50h | $400.00 | - | $600.00 |
| 09/10/2025 | | Final review of letter to Locke regarding deposition dates.<br>Unbilled | 01941-Aponte Jimenez Beauty and Fresh Nail Salon | Vivianna Morales | 0.20h | $600.00 | - | $120.00 |
| 09/10/2025 | | Finalize discovery letter, exhibits and file.<br>Unbilled | 01941-Aponte Jimenez Beauty and Fresh Nail Salon | Camille Sanchez | 1.00h | $400.00 | - | $400.00 |
| 09/10/2025 | | Conduct research on sufficiency of discovery responses for letter. | 01941-Aponte Jimenez Beauty and Fresh Nail | Camille Sanchez | 1.00h | $400.00 | - | $400.00 |
| | | | | | **14.60h**<br>0.00h | | **$0.00** | **$6,460.00**<br>14.60h |

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| | | Unbilled | Salon | | | | | |
| 09/09/2025 | | Review file and emails for discovery.<br>Unbilled | 01941-Aponte Jimenez Beauty and Fresh Nail Salon | Camille Sanchez | 1.00h | $400.00 | - | $400.00 |
| 09/09/2025 | | Review Morales edits and finalize letter.<br>Unbilled | 01941-Aponte Jimenez Beauty and Fresh Nail Salon | Camille Sanchez | 0.30h | $400.00 | - | $120.00 |
| 09/09/2025 | | Review and revise letter motion to compel discovery and for sanctions and return to Sanchez with notes.<br>Unbilled | 01941-Aponte Jimenez Beauty and Fresh Nail Salon | Vivianna Morales | 0.90h | $600.00 | - | $540.00 |
| 09/09/2025 | | Discussion with Sanchez re: letter to Court with discovery deficiencies.<br>Unbilled | 01941-Aponte Jimenez Beauty and Fresh Nail Salon | Vivianna Morales | 0.20h | $600.00 | - | $120.00 |
| 09/09/2025 | | Discussion with Morales re discovery letter to Locke.<br>Unbilled | 01941-Aponte Jimenez Beauty and Fresh Nail Salon | Camille Sanchez | 0.20h | $400.00 | - | $80.00 |
| 09/09/2025 | | Review and revise letter to Court regarding Defendants' failure to provide discovery and appear for depositions.<br>Unbilled | 01941-Aponte Jimenez Beauty and Fresh Nail Salon | Vivianna Morales | 0.80h | $600.00 | - | $480.00 |
| 09/08/2025 | | Revise disovery letter.<br>Unbilled | 01941-Aponte Jimenez Beauty and Fresh Nail Salon | Camille Sanchez | 0.50h | $400.00 | - | $200.00 |
| 09/04/2025 | | Draft letter re depositions and | 01941-Aponte Jimenez | Camille | 1.20h | $400.00 | - | $480.00 |
| | | | | | **14.60h** | | **$0.00**<br>0.00h | **$6,460.00**<br>14.60h |

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | discovery.<br>Unbilled | Beauty and Fresh Nail Salon | Sanchez | | | | |
| 09/04/2025 | | Review Locke and Seybert rules for pre motion.<br>Unbilled | 01941-Aponte Jimenez Beauty and Fresh Nail Salon | Camille Sanchez | 0.30h | $400.00 | - | $120.00 |
| 09/03/2025 | | Discussion with Morales re possible motion for sanctions and pre conference letter.<br>Unbilled | 01941-Aponte Jimenez Beauty and Fresh Nail Salon | Camille Sanchez | 0.40h | $400.00 | - | $160.00 |
| 09/03/2025 | | Telephone call with Camille to discuss status of discovery<br>Unbilled | 01941-Aponte Jimenez Beauty and Fresh Nail Salon | Vivianna Morales | 0.40h | $600.00 | - | $240.00 |
| 09/02/2025 | | Conduct research on monetary and discovery sanctions.<br>Unbilled | 01941-Aponte Jimenez Beauty and Fresh Nail Salon | Camille Sanchez | 1.00h | $400.00 | - | $400.00 |
| 08/06/2025 | | Review email thread between Sanchez and Oleh following up on deposition dates and discovery; follow-up email to Oleh re: same.<br>Unbilled | 01941-Aponte Jimenez Beauty and Fresh Nail Salon | Vivianna Morales | 0.20h | $600.00 | - | $120.00 |
| 08/06/2025 | | Discussion with Sanchez re: next steps.<br>Unbilled | 01941-Aponte Jimenez Beauty and Fresh Nail Salon | Vivianna Morales | 0.30h | $600.00 | - | $180.00 |
| 08/06/2025 | | Telephone conference with Morales discussing motion for sanctions and next steps.<br>Unbilled | 01941-Aponte Jimenez Beauty and Fresh Nail Salon | Camille Sanchez | 0.30h | $400.00 | - | $120.00 |
| | | | | | **14.60h**<br>0.00h | | **$0.00** | **$6,460.00**<br>14.60h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 07/28/2025 | | Draft 30(b)(6) deposition notice and addendum, and deposition notices for defendants.<br>Unbilled | 01941-Aponte Jimenez Beauty and Fresh Nail Salon | Camille Sanchez | 0.30h | $400.00 | - | $120.00 |
| 07/24/2025 | | Conduct research on motion for sanctions including preclusion of evidence.<br>Unbilled | 01941-Aponte Jimenez Beauty and Fresh Nail Salon | Camille Sanchez | 1.00h | $400.00 | - | $400.00 |
| 07/16/2025 | | Attend status conference with Judge Locke discussing outstanding discovery.<br>Unbilled | 01941-Aponte Jimenez Beauty and Fresh Nail Salon | Camille Sanchez | 0.50h | $400.00 | - | $200.00 |
| | | | | | **14.60h** | | **$0.00**<br>0.00h | **$6,460.00**<br>14.60h |